IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILLIAM HINES                                                                                    PLAINTIFF

vs.                                                                    Civil Action No. 4:09-cv-002 HTW-LRA

UNKNOWN ATWOOD and UNKNOWN BUTLER                                    DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that summary judgment is granted in favor of all defendants. The above-styled and numbered cause is dismissed.

**SO ORDERED, this the 25th day of February, 2010.**

                                        s/ HENRY T. WINGATE
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT